IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY RAY PERRY,
    Petitioner,

vs.                              Case No. 3:04cv337/RV/EMT

JAMES V. CROSBY, JR.,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 21, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss (Doc. 12) is **GRANTED**.

3. The amended petition for writ of habeas corpus (Doc. 6) is **DISMISSED** with prejudice as untimely.

**DONE AND ORDERED** this 25th day of April, 2005.

                    /s/ _Roger Vinson_
                    **ROGER VINSON**
                    **SENIOR U. S. DISTRICT JUDGE**